UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE FENDELANDER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALT DISNEY COMPANY,<br><br>    Defendant. | Case No.  22-cv-07533-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to Biddle et al v. The Walt Disney Company, No. 22-cv-07317-EJD.

**IT IS SO ORDERED.**

Dated: December 1, 2022

TRINA L. THOMPSON
United States District Judge