**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Attorneys for Plaintiffs and the Proposed Classes*

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (*pro hac vice*)
aryan@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
wearnhardt@cravath.com
David H. Korn (*pro hac vice*)
dkorn@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000

**FARELLA BRAUN + MARTEL LLP**
Douglas R. Young (CA 073248)
dyoung@fbm.com
Christopher C. Wheeler (CA 224872)
cwheeler@fbm.com
Daniel A. Contreras (CA 329632)
dcontreras@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel.: (415) 954-4400

*Attorneys for Defendant The Walt Disney Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BIDDLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, <br><br> Defendant. | Consolidated Case No. 5:22-cv-07317-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT** <br><br> Hon. Edward J. Davila |

WHEREAS, Plaintiffs Heather Biddle, Jeffrey Kaplan, Zachary Roberts, and Joel Wilson ("*Biddle* Plaintiffs") filed their Class Action Complaint ("*Biddle* Complaint") on November 18, 2022 (ECF No. 1);

WHEREAS, Plaintiffs Michelle Fendelander, Ronda Lee Haines, Michael Hughes, John Manso, and Jasmine McCormick ("*Fendelander* Plaintiffs") filed their Class Action Complaint ("*Fendelander* Complaint") on November 30, 2022 (*Fendelander, et al. v. The Walt Disney Co.*, No. 5:22-cv-07533-EJD ("*Fendelander*"), ECF No. 1);

WHEREAS, on January 31, 2023, Defendant The Walt Disney Company ("Disney") filed motions to dismiss the *Biddle* Complaint (ECF No. 19) and *Fendelander* Complaint (*Fendelander* ECF No. 13);

WHEREAS, Disney's motions to dismiss were fully briefed and, on July 13, 2023, the Court held a hearing on Disney's motions to dismiss;

WHEREAS, on September 29, 2023, the Court issued an Order granting in part and denying in part Disney's motions to dismiss and ordering the *Biddle* Plaintiffs and *Fendelander* Plaintiffs (together, "Plaintiffs") to file an amended complaint, if any, by October 16, 2023 (ECF No. 51, *Fendelander* ECF No. 51);

WHEREAS, on October 13, 2023, by stipulation, the Court consolidated the *Biddle* and *Fendelander* actions, with orders to terminate the *Fendelander* action (ECF No. 53, *Fendelander* ECF No. 53);

WHEREAS, Plaintiffs wish to amend the *Biddle* Complaint to (1) add new named plaintiffs and claims for alleged violations of the state antitrust or consumer protection laws of Arizona, California, Florida, Illinois, Iowa, Massachusetts, Michigan, Nevada, New York, North Carolina, and Tennessee; and (2) conform the *Biddle* Complaint to the present procedural posture—specifically, that the *Biddle* and *Fendelander* actions have been consolidated;

WHEREAS, the stipulated amendment will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Disney maintains the proposed consolidated amended complaint fails to state a claim and Disney intends to move to dismiss the proposed consolidated amended complaint;

WHEREAS, the Parties have stipulated to (1) a briefing schedule for Disney's motion to dismiss the Amended Complaint, whereby Disney will file its motion to dismiss by December 1, 2023, Plaintiffs will file any opposition to Disney's motion to dismiss by January 5, 2024, and Disney will file any reply in support of its motion to dismiss by February 2, 2024, and (2) an enlargement of page limits whereby Disney will have a limit of 40 pages for its opening brief, Plaintiffs will have a limit of 40 pages for its opposition, and Disney will have a limit of 20 pages for its reply, which the Parties intend to memorialize and present for the Court's review and approval in separate filings;

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel, that pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs may file a consolidated amended complaint, a copy of which is attached hereto.  Disney's consent to the filing of the consolidated amended complaint shall in no way be deemed an admission of any allegations in the consolidated amended complaint or the sufficiency of the consolidated amended complaint to state a claim, in whole or in part.  Disney reserves all rights to file a responsive pleading, including a motion to dismiss the consolidated amended complaint.

Dated:  October 16, 2023                                            Respectfully submitted,

By: /s/ Brian J. Dunne                                                By: /s/ Antony L. Ryan
    Brian J. Dunne                                                             Antony L. Ryan

| | |
|---|---|
| **BATHAEE DUNNE LLP** | **CRAVATH, SWAINE & MOORE LLP** |
| Yavar Bathaee (CA 282388) | Antony L. Ryan (*pro hac vice*) |
| yavar@bathaeedunne.com | aryan@cravath.com |
| Andrew C. Wolinsky (CA 345965) | J. Wesley Earnhardt (*pro hac vice*) |
| awolinsky@bathaeedunne.com | wearnhardt@cravath.com |
| 445 Park Avenue, 9th Floor | David H. Korn (*pro hac vice*) |
| New York, NY 10022 | dkorn@cravath.com |
| Tel.: (332) 322-8835 | 825 Eighth Avenue |
| | New York, NY 10019-7475 |
| Brian J. Dunne (CA 275689) | Tel.: (212) 474-1000 |
| bdunne@bathaeedunne.com | |
| Edward M. Grauman *pro hac vice*) | **FARELLA BRAUN + MARTEL LLP** |
| 901 South MoPac Expressway | Douglas R. Young (CA 073248) |
| Barton Oaks Plaza I, Suite 300 | dyoung@fbm.com |

| | |
|---|---|
| Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>*Attorneys for Plaintiffs and the Proposed Classes* | Christopher C. Wheeler (CA 224872)<br>cwheeler@fbm.com<br>Daniel A. Contreras (CA 329632)<br>dcontreras@fbm.com<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 954-4400<br><br>*Attorneys for Defendant The Walt Disney Company* |

**E-FILING ATTESTATION**

I, Brian J. Dunne, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: October 16, 2023                                   */s/ Brian J. Dunne*
                                                                                    Brian J. Dunne

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:_____                       _____
                                                                    EDWARD J. DAVILA
                                                                    United States District Judge

-5-

Stipulation and [Proposed] Order to Amend Complaint – Case No. 5:22-cv-07317-EJD