UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BIDDLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE WALT DISNEY COMPANY,<br><br>　　　　Defendant. | Case No. 22-cv-07317-EJD   (SVK)<br><br>**ORDER FOLLOWING HEARING AND RESOLVING DISCOVERY DISPUTE**<br><br>Re: Dkt. Nos. 101-03 |

The Parties appeared for an initial discovery conference on November 12, 2024. At that hearing, the Court provided general guidance concerning the discovery process and resolved a pending discovery dispute from the bench. The Court memorializes its discussion with the Parties as follows:

- The Parties shall appear for a further discovery conference on **January 28, 2025**, and shall file a joint status report by **January 21, 2025**.

- The Court will not micromanage the discovery process and requires the Parties to engage in robust meet-and-confer efforts before presenting any discovery disputes to the Court. The Court also will not tolerate attempts to engage in fishing expeditions or stonewall productions.

- Regarding the pending discovery dispute concerning the selection of custodians (*see* Dkt. 103), Defendant shall include Michael Paull among its list of custodians. Additional custodians may be added upon a showing of good cause. Proposing custodians along with temporal or subject-matter restrictions where appropriate may facilitate fruitful negotiations. Dkt. 103 is **TERMINATED**.

- Plaintiffs also filed two motions to seal in connection with the discovery dispute concerning custodians. *See* Dkts. 102-03. The Court's rationale in resolving the discovery

dispute does not implicate the information sought to be sealed. The Court accordingly **TERMINATES AS MOOT** the motions to seal. Dkts. 101-3 and 102-3 shall remain under seal.

**SO ORDERED.**

Dated: November 12, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge