**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

**KOREIN TILLERY PC**
Christopher Burke (CA 214799)
cburke@koreintillery.com
Walter Noss (CA 277580)
wnoss@koreintillery.com
Kate Lv (CA 302704)
klv@koreintillery.com
707 Broadway, Suite 1410
San Diego, CA 92101
Tel: (619) 625-5620

*Attorneys for Plaintiffs and the Proposed Classes*

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (*pro hac vice*)
aryan@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
wearnhardt@cravath.com
David H. Korn (*pro hac vice*)
dkorn@cravath.com
825 Eighth Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000

**FARELLA BRAUN + MARTEL LLP**
Douglas R. Young (CA 073248)
dyoung@fbm.com
Christopher C. Wheeler (CA 224872)
cwheeler@fbm.com
MaryJo Lopez-Oneal (CA 337163)
mlopezoneal@fbm.com
One Bush Street, 9th Floor
San Francisco, CA 94104-4415
Tel.: (415) 954-4400

*Attorneys for Defendant
The Walt Disney Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BIDDLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, <br><br> Defendant. | No. 5:22-cv-07317-EJD <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** <br><br> Hon. Edward J. Davila |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Zachary Roberts and
2   Defendant The Walt Disney Company ("Defendant"), by and through their undersigned counsel,
3   hereby stipulate that the individual claims of Plaintiff Zachary Roberts in this action be dismissed
4   without prejudice to him and without prejudice as to the individual and putative class action claims
5   of the remaining Plaintiffs.

                                                Respectfully submitted,

DATED: December 16, 2024　　　　　　　BATHAEE DUNNE LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Yavar Bathaee*
　　　　　　　　　　　　　　　　　　　Yavar Bathaee
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs and the Proposed Classes*

DATED: December 16, 2024　　　　　　　CRAVATH, SWAINE & MOORE LLP

　　　　　　　　　　　　　　　　　　　By: */s/ J. Wesley Earnhardt*
　　　　　　　　　　　　　　　　　　　J. Wesley Earnhardt
　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

### **FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: December 16, 2024　　　　　　　By:　*/s/ Yavar Bathaee*
　　　　　　　　　　　　　　　　　　　　　Yavar Bathaee