1

2

3

4                                        UNITED STATES DISTRICT COURT

5                                      NORTHERN DISTRICT OF CALIFORNIA

6

7    HEATHER BIDDLE, et al.,                              Case No.  22-cv-07317-EJD   (SVK)

8                             Plaintiffs,
                                                          **DISCOVERY MANAGEMENT ORDER**
9              v.

10   THE WALT DISNEY COMPANY,

11                            Defendant.

12          In advance of the January 28, 2025 discovery status conference, the Parties submitted a

13   status report in which they describe their progress with discovery following the last discovery

14   status conference.  *See* Dkt. 120.  The Parties also identify two potential discovery disputes but do

15   not request that the Court intervene at this time.  *See id.*  The Court appreciates the Parties' efforts

16   on working together to address discovery disputes as they arise and reminds them of the

17   undersigned's requirement that they continue to engage in **robust** meet-and-confer efforts (going

18   beyond the mere exchange of letters or emails) before presenting disputes to the Court.

19   Accordingly, the Court **ORDERS** as follows:

20       • The January 28, 2025 discovery status conference is **VACATED**.

21       • The Parties shall appear for a further discovery status conference on **April 8, 2025**, and

22          shall file a joint status report by **April 1, 2025**.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

United States District Court
Northern District of California

- If a time-sensitive discovery dispute becomes ripe before the April 8, 2025 conference, the Parties may present the dispute in accordance with the procedures set forth in the undersigned's Civil and Discovery Referral Matters Standing Order.

  **SO ORDERED.**

Dated: January 22, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge