DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Telephone:    (310) 553-6700
Facsimile:    (310) 246-6779

CHRISTOPHER C. WHEELER (S.B. #224872)
cwheeler@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, 9th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400

ANNA PLETCHER (S.B. #239730)
apletcher@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

*Attorneys for Defendant The Walt Disney Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER BIDDLE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE WALT DISNEY COMPANY,<br><br>　　　　　Defendant. | Case No. 5:22-CV-07317-EJD (SVK)<br><br>**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |

1  On behalf of The Walt Disney Company, the following attorney(s)
2      (1) move(s) to substitute as counsel of record,
3      (2) certify they are members in good standing of this Court's bar,
4      (3) attest to the consent of current counsel to be withdrawn, and
5      (4) attest to the consent of the party represented.
6  Name(s) of new counsel seeking to appear and firm name:
7      Daniel Petrocelli and Anna Pletcher of O'Melveny & Myers LLP
8  Name(s) of counsel withdrawing from representation and firm name:
9      Antony L. Ryan, David Korn, Joe Wesley Earnhardt and Ming-Toy Taylor of Cravath,
10     Swaine & Moore LLP

| | | |
|---|---|---|
| 1 | Dated: February 14, 2025 | By: */s/ Daniel Petrocelli* |
| 2 | | DANIEL PETROCELLI (S.B. #97802) |
| | | dpetrocelli@omm.com |
| 3 | | O'MELVENY & MYERS LLP |
| | | 1999 Avenue of the Stars, 8th Floor |
| 4 | | Los Angeles, CA 90067-6035 |
| | | Telephone: (310) 553-6700 |
| | | Facsimile: (310) 246-6779 |

ANNA PLETCHER (S.B. #239730)
apletcher@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

CHRISTOPHER C. WHEELER (S.B. #224872)
cwheeler@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, 9th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400

*Attorneys for Defendant The Walt Disney Company*

[PROPOSED] ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE