| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>*Attorneys for Plaintiffs and the Proposed Classes*<br><br>[Additional counsel listed on signature page] | **O'MELVENY & MYERS LLP**<br>Daniel M. Petrocelli (S.B. #978702)<br>dpetrocelli@omm.com<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, California 90067-6035<br>Telephone: +1 310 533 6700<br>Facsimile: +1 310 246 6779<br><br>*Attorneys for Defendant*<br>*The Walt Disney Company* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BIDDLE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE WALT DISNEY COMPANY,<br><br>　　　　　Defendant. | Case No. 5:22-cv-07317-EJD<br><br>**NOTICE OF SETTLEMENT** |

-1-

The parties hereby notify the Court that yesterday (June 5, 2025), they reached a settlement in principle to settle all claims on behalf of all YouTube TV, DirecTV, and FuboTV subscribers. As part of this settlement, a settlement class (which may include settlement subclasses) consisting of all of these subscribers will release all claims against The Walt Disney Company and its affiliates. Pursuant to Section IV.F.1 of the Court's Standing Order for Civil Cases, the parties are discussing an estimated time frame in which they expect to present the settlement to the Court for preliminary approval and will provide that estimate to the Court next week. The parties respectfully request that the Court suspend all deadlines pending the settlement.

In addition, because the settlement in principle is contingent on the settlement of claims as to all plaintiffs in the three classes, Plaintiffs' counsel will within seven days of this notice seek an order under Fed. R. Civ. P. 23(g)(3) to authorize them to seek preliminary approval on behalf of the FuboTV class members. The parties have provided notice of the confidential settlement terms to the plaintiffs' counsel in *Unger v. The Walt Disney Company*, 5:25-cv-01163-EJD (N.D. Cal.).

| | |
|---|---|
| Dated: June 6, 2025 | Respectfully submitted, |
| By: /s/ Yavar Bathaee | By: /s/ Daniel M. Petrocelli |
| **BATHAEE DUNNE LLP** <br> Yavar Bathaee (CA 282388) <br> yavar@bathaeedunne.com <br> Andrew C. Wolinsky (CA 345965) <br> awolinsky@bathaeedunne.com <br> Priscilla Ghiță (*p.h.v. to be sought*) <br> phita@bathaeedunne.com <br> Allison Watson (CA 328596) <br> awatson@bathaeedunne.com <br> 445 Park Avenue, 9th Floor <br> New York, NY 10022 <br> Tel.: (332) 322-8835 <br><br> Brian J. Dunne (CA 275689) <br> bdunne@bathaeedunne.com <br> Edward M. Grauman (*pro hac vice*) <br> 901 South MoPac Expressway <br> Barton Oaks Plaza I, Suite 300 <br> Austin, TX 78746 <br> Tel.: (213) 462-2772 <br><br> *Attorneys for Plaintiffs and the Proposed Classes* | **O'MELVENY & MYERS LLP** <br> Daniel M. Petrocelli (S.B. #97802) <br> dpetrocelli@omm.com <br> 1999 Avenue of the Stars, 8th Floor <br> Los Angeles, CA 90067-6035 <br> Telephone:   (310) 553-6700 <br> Facsimile:   (310) 246-6779 <br><br> Anna Pletcher (S.B. #239730) <br> apletcher@omm.com <br> **O'MELVENY & MYERS LLP** <br> Two Embarcadero Center <br> 28th Floor <br> San Francisco, CA 94111 <br> Telephone:   (415) 984-8700 <br> Facsimile:   (415) 984-8701 <br><br> Sergei Zaslavsky (admitted *pro hac vice*) <br> szaslavsky@omm.com <br> Brian Quinn (admitted *pro hac vice*) <br> bquinn@omm.com <br> **O'MELVENY & MYERS LLP** <br> 1625 Eye Street, NW <br> Washington, DC 20006 <br> Telephone:   (202) 383-5300 <br> Facsimile:   (202) 383-5414 <br><br> *Attorneys for Defendant* <br> *The Walt Disney Company* |

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: June 6, 2025                    By:   */s/ Yavar Bathaee*
                                             Yavar Bathaee