| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>*Attorneys for Plaintiffs and the Proposed Classes*<br><br>[Additional counsel listed on signature page] | **O'MELVENY & MYERS LLP**<br>Daniel M. Petrocelli (S.B. #978702)<br>dpetrocelli@omm.com<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, California 90067-6035<br>Telephone: +1 310 533 6700<br>Facsimile: +1 310 246 6779<br><br>*Attorneys for Defendant*<br>*The Walt Disney Company* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BIDDLE, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE WALT DISNEY COMPANY,<br><br>        Defendant. | Case No. 5:22-cv-07317-EJD<br><br>**NOTICE OF EXPECTED SETTLEMENT TIMING** |

Pursuant to Section IV.F.1 of the Court's Standing Order for Civil Cases, the parties' June 6, 2025 Notice of Settlement stated that by today, the parties would provide an estimated time frame in which they expect to present the settlement to the Court for preliminary approval. Dkt. No. 147. As the June 6 notice and subsequent filings explained, the parties agreed to mediate the matter in mid-April and held a mediation on June 4. The next day, the named plaintiffs in the *Biddle* action, who are YouTube TV and DirecTV Stream subscribers, and proposed plaintiff Justin Brewer, who is a fuboTV subscriber, agreed to settle their claims with Defendant The Walt Disney Company and also to propose to the Court that the *Biddle* Plaintiffs and Disney move for a settlement class on the same terms. As explained in Plaintiffs' recently filed Motion to Appoint Interim Lead Class Counsel, the settlement is contingent on Plaintiffs' authority to settle all claims on behalf of all subscribers at issue, including the fuboTV subscribers. Dkt. No. 149 at 7. If the Court grants Plaintiffs' Motion to Appoint Interim Lead Class Counsel, the parties expect they would be able to present the settlement to the Court for preliminary approval within 45 days of such an order.

Dated: June 13, 2025                                  Respectfully submitted,

By: */s/ Yavar Bathaee*                               By:   */s/ Daniel M. Petrocelli*

**BATHAEE DUNNE LLP**                                 **O'MELVENY & MYERS LLP**
Yavar Bathaee (CA 282388)                             Daniel M. Petrocelli (S.B. #97802)
yavar@bathaeedunne.com                                dpetrocelli@omm.com
Andrew C. Wolinsky (CA 345965)                        1999 Avenue of the Stars, 8th Floor
awolinsky@bathaeedunne.com                            Los Angeles, CA 90067-6035
445 Park Avenue, 9th Floor                            Telephone:   (310) 553-6700
New York, NY 10022                                    Facsimile:   (310) 246-6779
Tel.: (332) 322-8835

                                                      Anna Pletcher (S.B. #239730)
Brian J. Dunne (CA 275689)                            apletcher@omm.com
bdunne@bathaeedunne.com                               **O'MELVENY & MYERS LLP**
Edward M. Grauman (*pro hac vice*)                    Two Embarcadero Center
901 South MoPac Expressway                            28th Floor
Barton Oaks Plaza I, Suite 300                        San Francisco, CA 94111
Austin, TX 78746                                      Telephone:   (415) 984-8700
Tel.: (213) 462-2772                                  Facsimile:   (415) 984-8701

Allison Watson (CA 328596)                            Sergei Zaslavsky (admitted *pro hac vice*)
awatson@bathaeedunne.com                              szaslavsky@omm.com

| | |
|---|---|
| 3420 Bristol Street Suite 600<br>Costa Mesa, CA 92626<br>Tel: (213) 462-2772<br><br>*Attorneys for Plaintiffs and the Proposed Classes* | Brian Quinn (admitted *pro hac vice*)<br>bquinn@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone:   (202) 383-5300<br>Facsimile:   (202) 383-5414<br><br>*Attorneys for Defendant*<br>*The Walt Disney Company* |

### **FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: June 13, 2025         By:   */s/ Yavar Bathaee*
                                                  Yavar Bathaee