BATHAEE DUNNE LLP
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

*Interim Lead Counsel for the YouTube TV and DirecTV Stream Classes*

LITE DEPALMA GREENBERG
& AFANADOR, LLC
Joseph J. DePalma (admitted *pro hac vice*)
Jdepalma@litedepalma.com
570 Broad St., Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000

DICELLO LEVITT LLP
Greg S. Asciolla (admitted *pro hac vice*)
gasciolla@dicellolevitt.com
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel: (646) 933-1000

*Interim Co-Lead Counsel for the fuboTV Class*

Additional counsel listed on signature page

O'MELVENY & MYERS LLP
Daniel M. Petrocelli (S.B. #97802)
dpetrocelli@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Telephone: + 1 310 553 6700

*Attorney for Defendant
The Walt Disney Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BIDDLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, <br><br> Defendant. | Case No. 5:22-cv-07317-EJD-SVK <br><br> **JOINT STATUS REPORT AND NOTICE OF SETTLEMENT [REDACTED]** <br><br> Hon. Edward J. Davila <br><br> Hearing Date: October 8, 2025 <br> Time:      10:00 a.m. |

On October 3, 2025, Interim Lead Counsel for YouTube TV and DirecTV Stream subscribers ("*Biddle* YouTube TV and DirecTV Stream Plaintiffs"), Interim Lead Counsel for fuboTV subscribers ("*Unger* fuboTV Plaintiffs"), and Defendant The Walt Disney Company ("Disney") mediated before Judge Layn R. Phillips. The parties respectfully submit this Joint Status Report and Notice of Settlement in advance of the status conference scheduled for October 8, 2025, at 10:00 a.m.

1. **Status of the YouTube TV and DirecTV Settlement Negotiations with Disney**

During the October 3 mediation session, Disney was unable to finalize a global settlement of all claims based on the terms previously agreed at the prior mediation, including a payment ▇▇▇▇▇▇. Disney then proceeded to agree on a settlement in principle with the *Biddle* YouTube TV and DirecTV Stream Plaintiffs to resolve their claims ▇▇▇▇▇▇ other terms consistent with the previous settlement in principle. ▇▇▇▇▇▇ amount from the previous settlement reflects an approximate proportionate reduction to account for the fact that that the settlement no longer includes the putative fuboTV subscriber class (which comprises approximately 10 percent of all subscribers in the three classes at issue, with YouTube TV and DirecTV Stream classes accounting for the remaining 90 percent). This settlement is documented in a fully-executed term sheet. The parties expect they will be able to present the settlement to the Court for preliminary approval within 60 days.

2. **Status of the fuboTV Settlement Negotiations with Disney**

*Disney's Position.* At the October 3 mediation session, Disney ▇▇▇▇▇▇
▇▇▇▇▇▇
▇▇▇▇▇▇
▇▇▇▇▇▇
▇▇▇▇▇▇. Shortly before the filing of this Status Report, *Unger* fuboTV Plaintiffs sent Disney their first settlement demand. Disney will consider whether further discussions are warranted, but believes the Court may need to set a case management schedule.

-2-

**Fubo Class's Position.** Settlement discussions between the *Unger* fuboTV Plaintiffs and Disney are ongoing. At the October 3, 2025 mediation session with Judge Phillips, counsel for the *Unger* fuboTV Plaintiffs had what we consider to be a productive session and received additional information as to Disney's position which we have discussed internally. Near the conclusion of the session, Disney made its first settlement offer. Following those discussions, today (October 6) the *Unger* fuboTV Plaintiffs made a settlement demand to Disney. The *Unger* fuboTV Plaintiffs anticipate continuing discussions with Disney through Judge Phillips, who indicated his availability to the parties for continued mediation within the next several weeks. In the interim, we agree with Disney that the Court may need to set a case management schedule.

-3-

| | |
|---|---|
| Dated: October 6, 2025 | Respectfully submitted, |
| By: /s/ *Yavar Bathaee*<br>    Yavar Bathaee | By: /s/ *Daniel M. Petrocelli*<br>    Daniel M. Petrocelli |
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>Allison Watson (CA 328596)<br>awatson@bathaeedunne.com<br>3420 Bristol Street, Suite 600<br>Costa Mesa, CA 92626<br>Tel.: (213) 458-7075<br><br>*Interim Lead Counsel for the Putative YouTube TV and DirecTV Stream Classes* | **O'MELVENY & MYERS LLP**<br>Daniel M. Petrocelli (S.B. #97802)<br>dpetrocelli@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067-6035<br>Telephone: + 1 310 553 6700<br><br>Anna Pletcher (S.B. #239730)<br>apletcher@omm.com<br>Two Embarcadero Center<br>San Francisco, California 94111-3823<br>Telephone: +1 415 984 8700<br><br>Sergei Zaslavsky (admitted *pro hac vice*)<br>szaslavsky@omm.com<br>Brian P. Quinn (admitted *pro hac vice*)<br>bquinn@omm.com<br>1625 I Street NW<br>Washington, District of Columbia 20006<br>Telephone: +1 202 383 5300<br><br>*Attorneys for Defendant*<br>*The Walt Disney Company* |
| By: /s/ *Joseph J. DePalma*<br>    Joseph J. DePalma<br><br>**LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>Joseph J. DePalma (admitted pro hac vice)<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>(973) 623-3000<br>jdepalma@litedepalma.com<br><br>Steven J. Greenfogel (admitted pro hac vice)<br>1515 Market Street, Suite 1200 | |

Philadelphia, PA 19102
(267) 314-7980
sgreenfogel@litedepalma.com

**DICELLO LEVITT LLP**
Steve Jodlowski (S.B. #239074)
4747 Executive Drive, Suite 240
San Diego, California 92121
(619) 923-3939
stevej@dicellolevitt.com

Gregory S. Asciolla (admitted pro hac vice)
Carrie Syme (admitted pro hac vice)
Jay R. Wexler (admitted pro hac vice)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
csyme@dicellolevitt.com
jwexler@dicellolevitt.com

*Interim Co-Lead Counsel for the putative fuboTV Class*

-5-

# FILER ATTESTATION

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: October 6, 2025          By:   /s/ *Daniel M. Petrocelli*
                                      Daniel M. Petrocelli