DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone:    +1 310 553 6700
Facsimile:    +1 310 246 6779

SERGEI ZASLAVSKY (admitted *pro hac vice*)
szaslavsky@omm.com
BRIAN P. QUINN (admitted *pro hac vice*)
bquinn@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:    +1 202 383 5300
Facsimile:    +1 202 383 5414

*Attorneys for Defendant*
*The Walt Disney Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| Heather Biddle, et al., | Consolidated Case No. 5:22-cv-07317-EJD-SVK |
| *Plaintiffs*, | **Declaration of Erik Gerson in Support of Defendant's Motion to Dismiss Plaintiffs' Class-Action Claims, Compel Arbitration of Plaintiffs' Individual Claims, and Stay Plaintiffs' Individual Claims** |
| v. | |
| The Walt Disney Company, | |
| *Defendant*. | Judge: Hon. Edward J. Davila |

DECL. OF ERIK GERSON I-S-O
DEF'S MOT. TO DISMISS CLASS CLAIMS
AND COMPEL ARB.
5:22-CV-07317-EJD-SVK

I, Erik Gerson, declare under the penalty of perjury that the following is true and correct:

1.  I have been employed by FuboTV Inc. ("Fubo") since 2018. I am currently executive vice president of data, analytics & customer experience. In this role, I am responsible for customer retention, engagement, care, data, and payments. To fulfill my role and responsibilities, I have had to become familiar with Fubo's current and past user Terms of Service ("Terms") and the process by which users agree to the Terms. I have also become familiar with the transaction through which The Walt Disney Company ("Disney") acquired a controlling interest in Fubo. The facts contained in this declaration are based on my personal knowledge and my review of regularly maintained corporate records and I can testify competently to them if called upon to do so.

2.  Fubo is a live TV streaming platform that sells packages of linear television networks.

3.  The relationship between Fubo and each user is governed principally by Fubo's Terms which are available for anyone to review at any time on Fubo's website, https://legal.fubo.tv/policies/en-US/?name=terms-of-service. The Terms set forth Fubo's and users' rights and obligations, and explain the terms and conditions of subscribing to Fubo. The Terms are effective between Fubo and each user upon the user's creation of a Fubo subscription. Fubo has updated the Terms over the years.

4.  Fubo tracks user signups and account suspension and cancellation via Recurly, a subscription management tool. The Recurly records include, among other information, the name associated with the account,[1] the email address associated with the account, the payment method used, the location of the IP address where the user signed up, and the following dates: signup, cancellation, and reactivation. It also includes the plan the user has or had, its cost, and whether the user received a free-trial account and for what length of time.

---

[1] The name associated with the account may not always appear in Recurly, but is available in Adyen, a payment gateway that connects the account with the payment method used for the account.

DECL. OF ERIK GERSON I-S-O
DEF'S MOT. TO DISMISS CLASS CLAIMS
AND COMPEL ARB.
5:22-CV-07317-EJD-SVK

5.      All Fubo users must agree to Fubo's Terms when signing up for a subscription. No one can access Fubo's service without affirmatively agreeing to the Terms. If a user does not agree to the Terms, they cannot create a Fubo subscription.

6.      Fubo has record that Cole Unger / Hannah Woodman signed up for a free trial Fubo account under the email ungercole@gmail.com from an IP address in Baltimore, Maryland on March 28, 2024. (Fubo's records indicate that the name on this account was Hannah Woodman. I understand that counsel for Plaintiffs assert this account was associated with Cole Unger. While Fubo's policy is that the person named on the account is the account-holder, for purposes of this declaration, I refer to Cole Unger as the user associated with the account).  Mr. Unger's free trial subscription converted to a paid subscription March 31, 2024.[2] Mr. Unger signed up for a "Pro Monthly" account with a "Regional Sport Network" add-on. Fubo charged him $94.98 per month for this subscription for a total of eight months. Mr. Unger paid $802.21 for his Fubo subscription in total. The paid subscription ended on November 29, 2024.

7.      When Mr. Unger signed up for Fubo on March 28, 2024, the November 1, 2023 version of the Terms of Service was then-current. A true and correct copy of the November 1, 2023 Terms are included as Exhibit A to this declaration.

8.      When Mr. Unger signed up for Fubo on March 28, 2024 he followed three steps to create his Fubo account. *See* Ex. B.

- Step 1: Mr. Unger entered his email, password, and home zip code. Ex. B-2.[3] The screen contained a "Continue" button. *Id.* **Above the "Continue" button, the screen stated, "By continuing, I agree to the Terms of Service, acknowledge the Privacy Policy, and**

---

[2] The later referenced Exhibit B illustrates the March 28, 2024 sign up journey and references a five-day free trial. Free trial periods vary. Mr. Unger received a two-day free trial, not a five-day free trial.

[3] Exhibits B, F, and G show the sign-up processes that Mr. Unger and Mr. Prescott would have used to create and reactivate their accounts. These Exhibits are recreations based on the webpages that were shown at sign-up on the dates that Mr. Unger and Mr. Prescott signed up. Some specific portions of the sign-up process—plan availability, plan prices, and length of free trials— varied by geography and other factors, and the Exhibits may not capture these specific elements as they were displayed to Mr. Unger and Mr. Prescott.

DECL. OF ERIK GERSON I-S-O
DEF'S MOT. TO DISMISS CLASS CLAIMS
AND COMPEL ARB.
5:22-CV-07317-EJD-SVK

**agree to receive promotional emails regarding Fubo."** *Id.* **The words "Terms of Service" were underlined and in a different color, and clearly hyperlinked to the full Terms.** *Id.* Mr. Unger pressed the "Continue" button.

- Step 2: This brought Mr. Unger to Step 2, where he chose his plan. Ex. B-3. Mr. Unger chose, "Pro Monthly." This page, again, contained a link to the Terms of Service. Ex. B-3.

- Step 3: In this, the final step in the sign-up journey, Mr. Unger entered his name and payment information.[4] Ex. B-5. **Right above the "Submit" button, which activated his account, the screen stated, "By clicking 'Submit,' you acknowledge that you have read and agree to Fubo's Terms of Service."** *Id.* Mr. Unger hit "Submit" to begin service. **Again, the words "Terms of Service" were underlined and clearly hyperlinked to the full Terms.** Ex. B-5.

9.    While Mr. Unger was a subscriber from April 18, 2024 until June 4, 2024, the April 18, 2024 version of the Terms were operative. A true and correct copy of the April 18, 2024 Terms are included as Exhibit C to this declaration.

10.    On June 3, 2024, while Mr. Unger was a subscriber, Fubo again updated its Terms. A true and correct copy of the June 3, 2024 Terms are included as Exhibit D to this declaration. On June 4, 2024, Fubo sent all United States users an email notifying them of the June 3, 2024 updated Terms. A mockup of the email Fubo sent to its United States users is attached to this declaration as Exhibit E. It contains the exact text of the email that went out to users contained, and provides an illustration of how it appeared to the recipients.[5] The email was sent to all individuals who were Fubo Subscribers at the time, including Mr. Unger. The email's subject line

---

[4] The credit card that was entered at this step was actually in Hannah Woodman's name, but as indicated above, I refer to Cole Unger as the user associated with the account for the purposes of this declaration.

[5] Exhibit B is a recreation of the email Fubo sent users on June 4, 2024, based on the exact text of the June 4, 2024 email. Fubo recreated the email on December 9, 2025 which is why that date appears in the header. "[TEST]" in the email subject line is also a function of the recreation process and was not included in the original email.

DECL. OF ERIK GERSON I-S-O
DEF'S MOT. TO DISMISS CLASS CLAIMS
AND COMPEL ARB.
5:22-CV-07317-EJD-SVK

- 3 -

was "Important Account Update." Ex. E. The email specifically called out that the updates impacted dispute resolution and included links to the full text of the Terms of Service. *Id.* The email informed users that they could visit support.fubo.tv[6] or contact Fubo at the contact information included in the linked privacy policy if they had questions. *Id.* **The email stated, "By continuing to use our service after today, you confirm that you agree to these updates."** *Id.*

11.    Fubo maintains records on users' viewership history. Based on Fubo's records, Mr. Unger continued to use Fubo's service after receiving the June 4, 2024 email.

12.    Mr. Unger had opportunity to opt out of the arbitration and class action provisions when he first signed up on March 28, 2024. *See* Ex. A, November 1, 2023 Terms, § 22.4. He then had another opportunity when he received notice of the June 3, 2024 Terms. *See* Ex. D, June 3, 2024 Terms, § 22.4. The June 3, 2024 Terms provided a 30-day opt-out window, starting from June 3, 2024, allowing current Fubo users to opt out of the arbitration and class action waiver provisions. *Id.* ("You have the right to opt-out and not be bound by the arbitration and/or class action, class arbitration, and collective action waiver provisions set forth above by sending written notice, signed by you, of your decision to opt-out to the following address: privacy@fubo.tv. The notice must be sent within 30 days of June 3, 2024, or your first use of the Services, whichever is later.")

13.    Mr. Unger did not opt out of the arbitration and class action provisions. Fubo tracks all communications with users, including arbitration agreement and class action waiver opt-outs, through Zendesk, a customer service platform. Fubo has no record of Cole Unger or Hannah Woodman opting out of the arbitration agreement or class action waiver at any time.

14.    Fubo has record that Steven Prescott signed up for a Fubo account under the email bigman7959@gmail.com, with a payment card that has a Santa Cruz, California zip code, and from an IP address located in California. Mr. Prescott signed up for a free trial Fubo account on September 15, 2024. Mr. Prescott terminated that account shortly after signing up and then reactivated his account on October 26, 2024. Mr. Prescott's paid subscription continued until

---

[6] Hyperlinked to: https://tinyurl.com/5n8mauwr.

DECL. OF ERIK GERSON I-S-O
DEF'S MOT. TO DISMISS CLASS CLAIMS
AND COMPEL ARB.
5:22-CV-07317-EJD-SVK

February 26, 2025. Mr. Prescott signed up for the "Pro Monthly" Fubo plan with a "Regional Sport Network" add-on. Fubo charged him $94.98 per month for it for four of the five months he had the subscription and $100.98 per month for one month that he had the subscription. Mr. Prescott requested a refund for the final month of his subscription, $100.98. Fubo provided him with that refund. In total, Mr. Prescott paid Fubo $379.92 for his Fubo subscription.

15.     When Mr. Prescott signed up for Fubo, both on September 15, 2024 and October 26, 2024, he agreed to the June 3, 2024 version of Fubo's Terms. *See* Ex. D.

16.     When Mr. Prescott signed up for a Fubo account on September 15, 2024, he followed these steps. *See* Ex. F.

- Step 1: Mr. Prescott entered his email, password, and home zip code. *See* Ex. F-2. The screen contained a "Continue" button. *Id.* **Above the "Continue" button, the screen stated "By continuing, I agree to the Terms of Service, acknowledge the Privacy Policy, and agree to receive promotional emails regarding Fubo."** *Id.* **The words "Terms of Service" were underlined and in a different color, and clearly hyperlinked to the full Terms.** *Id.* Mr. Prescott pressed the "Continue" button.

- Step 2: This brought Mr. Unger to Step 2, where he chose his plan, Pro Monthly. Ex. F-3, F-4. This page, again, contained a link to the Terms of Service. *Id.*

- Step 3: In this, the final step in the sign-up journey, Mr. Unger entered his name and payment information. Ex. F-6. **Right above the "Start free trial" button, which activates the account, the screen stated, "By clicking 'Start free trial,' you acknowledge that you have read and agree to Fubo's Terms of Service."** *Id.* Mr. Prescott hit the "Start free trial" button to begin service. **Again, the words "Terms of Service" were underlined and clearly hyperlinked to the full Terms.** Ex. F-6.

17.     Mr. Prescott terminated his subscription on the same day he signed up, and then reactivated his subscription on October 26, 2024. Exhibit G depicts the steps Mr. Prescott had to take to reactivate his account. He reactivated his account by signing into his previously created account using the email and password he chose. Ex. G-1. After signing in, he was greeted with a

DECL. OF ERIK GERSON I-S-O
DEF'S MOT. TO DISMISS CLASS CLAIMS
AND COMPEL ARB.
5:22-CV-07317-EJD-SVK

page that stated "Welcome back" and provided him the opportunity to reactivate his subscription. Ex. G-2. The "Welcome back" screen listed the subscription plan and the price. Ex. G-2. The plan and price information in Exhibit G is for illustrative purposes and does not represent Mr. Prescott's plan information specifically. Mr. Prescott reactivated the same plan he previously signed up for, "Pro Monthly." Under the plan and payment information there was a "Reactivate subscription" button. *Id.* **Above that button, the page stated, "By clicking 'Reactivate subscription,' you acknowledge that you have read and agree to Fubo's Terms of Service."** *Id.* **The words "Terms of Service" were underlined and clearly hyperlinked to the full Terms.** *Id.*

18.    Mr. Prescott had opportunity to opt out of the arbitration and class action provisions within 30 days of signing up on September 15, 2024. Ex. D, June 3, 2024 Terms § 22.4.

19.    Mr. Prescott did not opt out of the arbitration and class action provisions. Fubo has no record of Mr. Prescott opting out of the arbitration agreement or class action waiver at any time.

20.    The November 1, 2023 and the June 3, 2024 versions of the Terms each incorporated the National Arbitration and Mediation ("NAM") rules. Ex. A, § 22.2(e)(i); Ex. D, § 22.2(e)(i). A true and correct copy of the March 21, 2024 version of the NAM rules is included as Exhibit H to this declaration. A true and correct copy of the now-current, December 16, 2025, version of the rules is attached as Exhibit I to this declaration.

21.    Fubo further updated its Terms on September 10, 2025. Section 22, the section on disputes between users and Fubo, did not change between the June 3, 2024 version and the currently operative, September 10, 2025, version. A true and correct copy of the September 10, 2025 Terms are attached to this declaration as Exhibit J.

22.    On January 6, 2025, Disney and Fubo announced that the companies had entered into an agreement wherein Disney would acquire a controlling stake in Fubo and combine Fubo with Disney's Hulu + Live TV business. *See* Ex. K (Fubo's Jan. 6, 2025 Press Release). That transaction cleared regulatory review and received shareholder approval and then closed on

DECL. OF ERIK GERSON I-S-O
DEF'S MOT. TO DISMISS CLASS CLAIMS
AND COMPEL ARB.
5:22-CV-07317-EJD-SVK

October 29, 2025. *See* Ex. L (Securities and Exchange Commission Form 8-K, Ex. 99.1, Press Release Dated October 29, 2025). Post-acquisition, Disney holds an approximately 70% interest in Fubo; existing Fubo shareholders hold the remaining 30% interest. *Id.* Disney and Fubo are now affiliates. *Id.*

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 18 day of December, 2025 in ___New York___.

By: _____

Erik Gerson

DECL. OF ERIK GERSON I-S-O
DEF'S MOT. TO DISMISS CLASS CLAIMS
AND COMPEL ARB.
5:22-CV-07317-EJD-SVK