# Exhibit E

From: **Fubo** <transactional@fubo.fubo.tv>
Date: Tue, Dec 9, 2025 at 9:25 AM
Subject: [TEST] Important account update
To: [redacted]

fubo

## Important Account Update

Hello,

Our **Terms of Service** have been updated to reflect how we resolve disputes with you.

You do not need to take any action to continue using Fubo, but we encourage you to review our updated **Terms of Service**. By continuing to use our service after today, you confirm that you agree to these updates.

If you have any questions please visit **support.fubo.tv** or contact us as provided in our **Privacy Policy**.

Thank you,
The Fubo Team

This email was sent to [redacted]

1290 Avenue of the Americas, 9th Floor, New York, NY 10104
2024 fuboTV Inc. © All Rights Reserved
Unsubscribe