| | |
|---|---|
| **BATHAEE DUNNE LLP** | **O'MELVENY & MYERS LLP** |
| Yavar Bathaee (CA 282388) | Daniel M. Petrocelli (S.B. #978702) |
| yavar@bathaeedunne.com | dpetrocelli@omm.com |
| Andrew C. Wolinsky (CA 345965) | 1999 Avenue of the Stars |
| awolinsky@bathaeedunne.com | 8th Floor |
| 445 Park Avenue, 9th Floor | Los Angeles, California 90067-6035 |
| New York, NY 10022 | Telephone: +1 310 533 6700 |
| Tel.: (332) 322-8835 | Facsimile: +1 310 246 6779 |
| | |
| Brian J. Dunne (CA 275689) | *Attorneys for Defendant* |
| bdunne@bathaeedunne.com | *The Walt Disney Company* |
| Edward M. Grauman (*pro hac vice*) | |
| egrauman@bathaeedunne.com | |
| 901 South MoPac Expressway | |
| Barton Oaks Plaza I, Suite 300 | |
| Austin, TX 78746 | |
| Tel.: (213) 462-2772 | |

*Attorneys for Settling Plaintiffs
and the Proposed YouTube TV
and DirecTV Stream Classes*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BIDDLE, *et al.*, | Case No. 5:22-cv-07317-EJD |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING RE MOTION FOR PRELIMINARY APPROVAL** |
| v. | |
| THE WALT DISNEY COMPANY, | |
| Defendant. | |

1  WHEREAS, on October 6, 2025, the YouTube TV Plaintiffs and DirecTV Stream Plaintiffs (collectively, "Settling Plaintiffs") and Defendant The Walt Disney Company ("Disney," and collectively with Settling Plaintiffs, the "Settling Parties") notified the Court that they had reached a settlement in principle, Dkt. No. 194;

WHEREAS, on October 8, the Court set a hearing on Settling Plaintiffs' anticipated motion for preliminary approval of the settlement for December 10, 2025, Dkt. No. 197;

WHEREAS, on November 21, 2025, the Settling Parties informed the Court that they were still negotiating the terms of the settlement agreement and requested that the hearing be continued, Dkt. No. 203 at 9;

WHERAS, the Court subsequently continued the hearing to February 19, 2026, at 9:00 a.m.;

WHEREAS, the Settling Parties are close to finalizing the settlement agreement and request a brief continuance to provide sufficient time to finalize the agreement and the other documents necessary to move for preliminary approval;

WHEREAS, the Settling Plaintiffs are confident that no further continuances will be necessary;

WHEREAS, per Settling Plaintiffs' counsel's discussion with the Court at the December 4, 2025 status conference, Settling Plaintiffs intend to file their motion for preliminary approval no later than 14 days before the hearing, Hr'g Tr. 4:18-23;

NOW, THEREFORE, IT IS STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- The hearing on the YouTube TV Plaintiffs and DirecTV Stream Plaintiffs' motion for preliminary approval shall be reset to March 19, 2026, at 9:00 a.m.
- The YouTube TV Plaintiffs and DirecTV Stream Plaintiffs' motion for preliminary approval shall be filed no later than March 5, 2026.

IT IS SO STIPULATED.

| | | |
|---|---|---|
|1| Dated: January 29, 2026 | Respectfully submitted, |
|2| | |
|3| By: */s/ Yavar Bathaee* | By: */s/ Daniel M. Petrocelli* |
|4| **BATHAEE DUNNE LLP** | **O'MELVENY & MYERS LLP** |

Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
Priscilla Ghita (*pro hac vice*)
phita@bathaeedunne.com
Bryce W. Talbot (*pro hac vice*)
btalbot@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
Kaki J. Johnson (*pro hac vice*)
kjohnson@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel: (512) 575-8848

Allison Watson (CA 328596)
awatson@bathaeedunne.com
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
Tel: (213) 462-2772

*Attorneys for Settling Plaintiffs and the Proposed YouTube TV and DirecTV Stream Classes*

Daniel M. Petrocelli (S.B. #97802)
dpetrocelli@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Sergei Zaslavsky (admitted *pro hac vice*)
szaslavsky@omm.com
Brian Quinn (admitted *pro hac vice*)
bquinn@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone:   (202) 383-5300
Facsimile:    (202) 383-5414

*Attorneys for Defendant*
*The Walt Disney Company*

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: January 29, 2026         By:   */s/ Yavar Bathaee*
                                       Yavar Bathaee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                                 EDWARD J. DAVILA
                                                 United States District Judge