| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>*Interim Lead Counsel for the YouTube TV and DirecTV Stream Classes*<br><br>**LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>Joseph J. DePalma (admitted *pro hac vice*)<br>Jdepalma@litedepalma.com<br>570 Broad St., Suite 1201<br>Newark, NJ 07102<br>Tel: (973) 623-3000<br><br>**DICELLO LEVITT LLP**<br>Greg S. Asciolla (admitted *pro hac vice*)<br>gasciolla@dicellolevitt.com<br>485 Lexington Avenue, Suite 1001<br>New York, New York 10017<br>Tel: (646) 933-1000<br><br>*Interim Co-Lead Counsel for the Fubo Class*<br><br>*Additional counsel listed on signature page* | **O'MELVENY & MYERS LLP**<br>Daniel M. Petrocelli (S.B. #97802)<br>dpetrocelli@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067-6035<br>Telephone: + 1 310 553 6700<br><br>Sergei Zaslavsky (admitted *pro hac vice*)<br>szaslavsky@omm.com<br>Brian P. Quinn (admitted *pro hac vice*)<br>bquinn@omm.com<br>1625 I Street NW<br>Washington, District of Columbia 20006<br>Telephone: +1 202 383 5300<br><br>*Attorneys for Defendant*<br>*The Walt Disney Company* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLE UNGER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY,<br><br>Defendant. | Case No. 5:22-cv-07317-EJD-SVK<br><br>**JOINT STATUS REPORT**<br><br>Hon. Edward J. Davila<br>Hearing Date:     March 19, 2026<br>Time:                       10:00 a.m. |

Interim Lead Counsel for Fubo subscribers ("*Unger* Fubo Plaintiffs"), Interim Lead Counsel for YouTube TV and DirecTV Stream subscribers ("*Biddle* YouTube TV and DirecTV Stream Plaintiffs"), and Defendant The Walt Disney Company ("TWDC") (collectively the "Parties") respectfully submit this Joint Status Report in advance of the status conference and motion hearings scheduled for March 19, 2026, to begin at 9:00 a.m.

1. **Status of *Unger* Litigation**

*Unger* Fubo Plaintiffs and TWDC fully briefed TWDC's motion to compel arbitration (Dkts. 210, 217, and 222) and are preparing for the March 19, 2026 hearing on that motion. The parties have no other updates for the Court at this time.

2. **Settlement of the *Biddle* YouTube TV and DirecTV Stream Cases**

*Biddle* YouTube TV and DirecTV Stream Plaintiffs filed a motion for preliminary approval of their settlement with TWDC on March 5, 2026. Plaintiffs and TWDC are preparing for the hearing on that motion on March 19, 2026, and have no other updates for the Court at this time.

\*     \*     \*

-2-

| | |
|---|---|
| Dated: March 6, 2026 | Respectfully submitted, |
| By: /s/ *Yavar Bathaee* | By: /s/ *Daniel M. Petrocelli* |
|     Yavar Bathaee |     Daniel M. Petrocelli |
| **BATHAEE DUNNE LLP** | **O'MELVENY & MYERS LLP** |
| Yavar Bathaee (CA 282388) | Daniel M. Petrocelli (S.B. #97802) |
| yavar@bathaeedunne.com | dpetrocelli@omm.com |
| Andrew C. Wolinsky (CA 345965) | 1999 Avenue of the Stars, 8th Floor |
| awolinsky@bathaeedunne.com | Los Angeles, CA 90067-6035 |
| 445 Park Avenue, 9th Floor | Telephone: + 1 310 553 6700 |
| New York, NY 10022 | |
| Tel.: (332) 322-8835 | Sergei Zaslavsky (admitted *pro hac vice*) |
| | szaslavsky@omm.com |
| Brian J. Dunne (CA 275689) | Brian P. Quinn (admitted *pro hac vice*) |
| bdunne@bathaeedunne.com | bquinn@omm.com |
| Edward M. Grauman (pro hac vice) | 1625 I Street NW |
| 901 South MoPac Expressway | Washington, District of Columbia 20006 |
| Barton Oaks Plaza I, Suite 300 | Telephone: +1 202 383 5300 |
| Austin, TX 78746 | |
| Tel.: (213) 462-2772 | *Attorneys for Defendant* |
| | *The Walt Disney Company* |
| Allison Watson (CA 328596) | |
| awatson@bathaeedunne.com | |
| 3420 Bristol Street, Suite 600 | |
| Costa Mesa, CA 92626 | |
| Tel.: (213) 458-7075 | |

*Interim Lead Counsel for the Putative YouTube TV and DirecTV Stream Classes*

By: /s/ *Joseph J. DePalma*
    Joseph J. DePalma

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Joseph J. DePalma (admitted pro hac vice)
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
jdepalma@litedepalma.com

Steven J. Greenfogel (admitted pro hac vice)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(267) 314-7980
sgreenfogel@litedepalma.com

-3-

**DICELLO LEVITT LLP**
Steve Jodlowski (S.B. #239074)
4747 Executive Drive, Suite 240
San Diego, California 92121
(619) 923-3939
stevej@dicellolevitt.com

Gregory S. Asciolla (admitted pro hac vice)
Carrie Syme (admitted pro hac vice)
Jay R. Wexler (admitted pro hac vice)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
csyme@dicellolevitt.com
jwexler@dicellolevitt.com

*Interim Co-Lead Counsel for the Putative Fubo Class*

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: March 6, 2026               By:   */s/ Daniel M. Petrocelli*
                                         Daniel M. Petrocelli